UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
IN RE:

                   **Plaintiff,**

        **-against-**                        1:25-cv-07710-ALC

**CELSIUS NETWORK LLC,**         <u>ORDER</u>

                **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    On September 17, 2025, this Court received *pro se* Appellant's notice of appeal of an Order from the United States Bankruptcy Court for the Southern District of New York. ECF No. 1. On October 28, 2025, Appellee responded with a Counter-Designation. ECF No. 3.

    The Court will conduct a telephone status conference in this action on November 5, 2025 at 2 pm. Appellant should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** October 28, 2025

    New York, New York                          **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**