UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

IN RE:

                    Plaintiff,

        -against-                           1:25-cv-07710-ALC

CELSIUS NETWORK LLC,                 **AMENDED ORDER**

                    Defendants.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On September 17, 2025, this Court received *pro se* Appellant's notice of appeal of an Order from the United States Bankruptcy Court for the Southern District of New York. ECF No. 1. On October 28, 2025, Appellee responded with a Counter-Designation. ECF No. 3.

      The Court will conduct a telephone status conference in this action on November 5, 2025 at 2 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

SO ORDERED.

Dated: October 29, 2025

New York, New York

                                                                    **ANDREW L. CARTER, JR.**
                                                                    United States District Judge