UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

               **Plaintiff,**

   -against-                         1:25-cv-07710-ALC

**CELSIUS NETWORK LLC,**           <u>ORDER</u>

               **Defendants.**

---

ANDREW L. CARTER, JR., United States District Judge:

    The Parties should submit a joint status report by December 3, 2025, stating whether any additional items will be included in the designation and counter-designation. The JSR should also include a proposed briefing schedule.

**SO ORDERED.**

Dated:  November 20, 2025
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**