**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE**

**CELSIUS NETWORK LLC ET AL**

**25-cv-7710 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 3, 2025, the Parties submitted a joint status report regarding the Designation and Counter-Designation of the Record on Appeal and a proposed briefing schedule. ECF No. 11.

The Court ORDERS that the Appellant's Brief will be due 60 days after the Bankruptcy Court transmits the complete and correct record on appeal and Appellee's Response will be due 30 days after the Appellant files his brief.

The Parties are ORDERED to file a joint status report by December 29, 2025 regarding whether the Record has been finalized and whether it has been transmitted to the Appellant. If the Record has been transmitted, the joint status report should include what date that occurred, so the Clerk of Court can set deadlines for the briefs.

**SO ORDERED.**

Dated:  December 4, 2025

New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**