UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

CELSIUS NETWORK LLC ET AL

25-cv-7710 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' December 29, 2025 joint status report, which states that the record on appeal still has not been finalized nor transmitted.

The Parties are ORDERED to file a joint status report by January 30, 2026 regarding whether the Record has been finalized and transmitted. If the Record is finalized and/or transmitted sooner than January 30, 2026, the joint status report should include what date that occurred, so the Clerk of Court can set deadlines for the briefs, which remain the same as were outlined in the December 3, 2025 Order.

**SO ORDERED.**

Dated:  December 30, 2025
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**