UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

CELSIUS NETWORK LLC ET AL

25-cv-7710 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

The Court is in receipt of the Parties' January 30, 2026 joint status report, which states that the record on appeal still has not been finalized nor transmitted.

The Parties are ORDERED to file a joint status report by February 27, 2026 regarding whether the Record has been finalized and transmitted. If the Record is finalized and/or transmitted sooner than February 27, 2026, the joint status report should include what date that occurred, so the Clerk of Court can set deadlines for the briefs, which remain the same as were outlined in the December 3, 2025 Order.

SO ORDERED.

Dated: January 30, 2026
       New York, New York

ANDREW L. CARTER, JR.
United States District Judge