**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE

CELSIUS NETWORK LLC ET AL

25-cv-7710 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' February 27, 2026 joint status report, which states that the record on appeal still has not been finalized nor transmitted.

The Parties are ORDERED to file a joint status report by March 27, 2026 regarding whether the Record has been finalized and transmitted. If the Record is finalized and/or transmitted sooner than March 27, 2026, the joint status report should include what date that occurred, so the Clerk of Court can set deadlines for the briefs, which remain the same as were outlined in the December 3, 2025 Order.

**SO ORDERED.**

Dated: February 27, 2026

New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**