UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
:
IN RE:                                          :
:
                              Plaintiff,         :
:
              -against-                          :        1:25-cv-07710-ALC
:
CELSIUS NETWORK LLC,                             :        ORDER
:
                              Defendants.        :
:
:
:
———————————————————— x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a telephone status conference in this action on April 15, 2026 at 12 pm.

The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date

and time specified above.

**SO ORDERED.**

Dated:   April 2, 2026

          New York, New York

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**