UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

IN RE:

                        Plaintiff,

          -against-                :      1:25-cv-07710-ALC

CELSIUS NETWORK LLC,        :      ORDER

                    Defendants.

———————————————————————— x

**ANDREW L. CARTER, JR., United States District Judge:**

    Appellant did not appear at the April 15, 2026 conference. In light of the record being transmitted, there is no need to reschedule the April 15, 2026 conference. The Parties are ORDERED to follow the briefing schedule outlined in the Court's December 3, 2025 Order. ECF No. 12. The Appellant's brief is due June 16, 2026 and the Appellee's response is due July 16, 2026.

**SO ORDERED.**

**Dated:** April 16, 2026

    New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**