**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: CELSIUS NETWORK LLC ET AL**

**25-cv-007710 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby reschedules oral argument for January 5, 2026, at 2 PM. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. The Clerk of Court is respectfully directed to terminate pending letter motion at ECF No. 34.

**SO ORDERED.**

**Dated:** October 29, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**